U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUL 1 1 2000

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BRANDON HAYNES | CIVIL ACTION NO. 99-1257 |
| VERSUS | JUDGE WALTER - SEC P |
| BURL CAIN, WARDEN, LOUISIANA STATE PRISON | MAGISTRATE JUDGE PAYNE |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed by Brandon Haynes ("Petitioner") be conditionally **GRANTED** by (1) vacating the conviction of Petitioner for first degree murder and (2) ordering that Petitioner be released from custody unless the State, within 180 days, commences prosecution of Petitioner arising from the facts that resulted in his initial conviction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this __7__ day of July, 2000.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
July 11, 2000
BY _____
COPY Haynes
     Walker
     Estopinal
     RSP
     DEW

